UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

DAVID A. DAWSON,　　　　　　　　　　　　　Civil No. 08-3130 DSD/SRN

　　　　　Plaintiff,

v.

　　　　　　　　　　　　　　　　　　　　　　　ORDER

STATE OF MINNESOTA, COUNTY OF
RAMSEY, FRANK W. WOOD &
JOAN FABIAN, RAMSEY COUNTY
CORRECTIONAL FACILITY
(WORKHOUSE) & ITS
SUPERTINTENDENT, ARTHUR CAVARA
Captain GARY L. PLUMBO, THE DUTY
MEDICAL STAFF, and,
DR. STEWART STEICHEN,

　　　　　Defendants.

---

　　　The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson dated January 8, 2009.  No objections have been filed to that Report and Recommendation in the time period permitted.

　　　Based on the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

　　　IT IS HEREBY ORDERED that:

　　　1.  Plaintiff's application for leave to proceed in forma pauperis, (Docket No. 5), is **DENIED**; and

2

2. This action is **DISMISSED WITHOUT PREJUDICE**.


DATED:   January 27, 2009

s/David S. Doty  
David S. Doty, Judge  
United States District Court

2